UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN D. KING, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-01567-MHH-JHE |
| DR. OSULA, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Plaintiff Steven D. King filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. In his complaint, Mr. King alleges violations of his rights under the Constitution or laws of the United States. (Doc. 1). On March 7, 2025, the magistrate judge entered a report in which he recommended that the Court grant the defendants' motions for summary judgment and dismiss this action with prejudice. (Doc. 33). The magistrate judge advised the parties of their right to file specific written objections within 14 days. (Doc. 33). To date, the Court has not received objections.

Having considered the materials in the electronic record in this case, the Court adopts the magistrate judge's report and accepts his recommendation. Consistent with that recommendation, by separate order, the Court will grant the defendants' motions for summary judgment.

**DONE** and **ORDERED** this March 28, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE